**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division**

C.H. Robinson Worldwide Inc.
                                      Plaintiff,

v.                                                           Case No.: 1:05−cv−03401
                                                                           Honorable Amy J. St. Eve

Command Transportation LLC, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 26, 2006:

       MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 6/26/2006. Parties have reached a settlement. Plaintiff's oral motion to dismiss with leave to reinstate within the time period set forth in the written motion to dismiss to be filed on or before 6/30/2006 is granted. This Court retains jurisdiction to enforce the terms of the settlement agreement. Civil case terminated.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.